1  Andrew Echavarria, Esq., SBN 147457
   Law Office of Andrew Echavarria
2  505 N. Sepulveda Blvd., Suite 14,
   Manhattan Beach, CA  90266
3  310-374-5545
   Fax: 310-374-6675
4  Email: justae2@yahoo.com

5  Attorneys for Plaintiffs, Francella Henderson for the Estate of Lamont Jones

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION <br><br> This Document Relates to: <br><br> Case No.06-3685 CRB | **MDL NO. 1699** <br> **District Judge:  Charles R. Breyer** <br><br> **STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF WITH PREJUDICE** |

Come now all remaining Plaintiffs in this action, including <u>but not limited</u> to Francella Henderson, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice, with each side bearing its own attorneys' fees and costs.

DATED: 11/3, 2009        By: _____
                              Andrew Echavarria, Esq.
                              505 N. Sepulveda Blvd., Suite 14
                              Manhattan Beach, CA  90266;
                              310-374-5545
                              Fax: 310-374-6675

                              *Attorneys for Plaintiffs*

-1-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**Case No. MDL NO. 1699**

1
2   DATED: Dec. 14, 2009            By: _____
3                                        DLA PIPER LLP (US)
                                         1251 Avenue of the Americas
4                                        New York, New York 10020
                                         Telephone: (212) 335-4500
5                                        Facsimile: (212) 335-4501

6                                        *Defendants' Liaison Counsel*

7
8
9
10
11
12
13  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
14  **IT IS SO ORDERED.**
15
16  DATED: DEC 13 2009, 2009
                                         _____
17                                       Hon. Charles R. Breyer
                                         United States District Court
18
19
20
21
22
23
24
25
26
27
28
                                         -2-
    **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
                                         **Case No. MDL NO. 1699**